UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE WEISNER, | No. 2:23-cv-0216 TLN CKD P |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| KATHLEEN ALLISON, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, is proceeding with a petition for writ of habeas corpus under 28 U.S.C. § 2254.  Petitioner moves for default judgment.  On March 1, 2023, the court ordered that respondent file a response to petitioner's petition for a writ of habeas corpus within 60 days.  Respondent filed an answer on April 28, 2023 and is accordingly not in default.  Petitioner's motion for entry of default judgment is frivolous.  Petitioner is warned that if he continues to file frivolous motions, sanctions will issue which might include dismissal of this action.

Accordingly, IT IS HEREBY RECOMMENDED that petitioner's motion for default judgment (ECF No. 21) be denied.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 11, 2023

*/s/ Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
weis0216.def

2