UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE WEISNER,<br><br>            Petitioner,<br><br>        v.<br><br>KATHLEEN ALLISON,<br><br>            Respondent. | No. 2:23-cv-0216-TLN-CKD<br><br>**ORDER** |

Petitioner Frankie Weisner ("Petitioner"), a state prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 19, 2023, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 42.) Petitioner has filed objections to the findings and recommendations.  (ECF No. 43.)

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

1

1 | Accordingly, IT IS HEREBY ORDERED as follows:

2 | 1. Petitioner's application for a writ of habeas corpus is DENIED;

3 | 2. The Clerk of the Court is directed to close this case; and

4 | 3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. §
5 | 2253.

6 | IT IS SO ORDERED.

7 | Date: September 24, 2024

*[signature]*

Troy L. Nunley
United States District Judge

2