UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANKIE WEISNER,

        Petitioner,

   v.

KATHLEEN ALLSON, et al.,

        Respondents.

No.  2:23-cv-0216 TLN CKD P

ORDER

      Petitioner's application for writ of habeas corpus was denied on September 25, 2024.  On February 14, 2025, petitioner filed a motion asking that someone petitioner does not identify be sanctioned in the amount of $10,000.  As petitioner does not point to any valid basis for sanctions, that request will be denied.  Petitioner also requests that the court issue a response to his objections to the December 19, 2023, findings and recommendations.  That occurred in the order denying his habeas petition.  The court finds that petitioner's February 14, 2025, motion is frivolous.  Petitioner is informed that, in the future, the court will not respond to frivolous filings.

      Accordingly, IT IS HEREBY ORDERED that petitioner's February 14, 2025 "Notice of Motion and Request for Ruling . . ." is DENIED.

Dated:  February 24, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
weis0216.mfs

1